UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 23-mj-5261-JGD |
| ) | |
| MANESH MAWUFEMOR MINTAH, ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT OF OUTSTANDING ARREST WARRANT
PURSUANT TO FED.R.CRIM.P. 5(c)(3)**

I, Tyler Delorme, Special Agent, Federal Bureau of Investigation, do hereby make oath before the Honorable Judith G. Dein, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Manesh Mawufemor Mintah on a criminal complaint issued by the United States District Court for the District of New Jersey on May 24, 2023, charging the defendant with Money Laundering in violation of 18 U.S.C. § 1956(h). I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
Tyler Delorme
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 13th day of June, 2023.

_____
HON. JUDITH G. DEIN
United States Magistrate Judge